UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZMINE JAMAL JONES,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. CV 15-01501-KES<br><br>**JUDGMENT** |

　　IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order issued on January 7, 2016, the decision of the Commissioner of the Social Security Administration is reversed and this action is remanded for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: March 17, 2016

　　　　　　　　　　　　　　　　　/s/ Karen E. Scott
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　KAREN E. SCOTT
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE